**Order filed July 21, 2017**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00207-CV
### TONY'S BARBEQUE AND STEAKHOUSE, INC., Appellant

### V.

### THREE POINT INVESTMENTS, LTD, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-55732**

## O R D E R

The clerk's record was filed May 17, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Plaintiff's Motion to Strike Tony's Late Filed Pleadings and Response to Tony's Motion for Continuance, filed January 20, 2016, with exhibits.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 31, 2017, containing (1) Plaintiff's Motion to Strike Tony's Late Filed Pleadings and Response to Tony's Motion for Continuance, filed January 20, 2016, with exhibits?.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM